**No. 51036.**—Protests 59524–K, etc., of Jos. Riedel Glass Works, Inc. (New York).

Opinion by OLIVER, P. J. It was stipulated that the merchandise consists of bottles produced by automatic machine the same in all material respects as those the subject of *United States* v. *Jos. Riedel Glass Works, Inc.* (32 C. C. P. A. 201, C. A. D. 307). In accordance therewith the claim at 25 percent under paragraph 218 (e) was sustained.

**No. 51037.**—Protests 23378–K, etc., of Little Joe Wiesenfeld Co. (Baltimore).

Opinion by MOLLISON, J. It was stipulated that certain items of the merchandise consist of leather girths and stirrup leathers of the same kind in all material respects as exhibits 2, 3, 4, and illustrative exhibit 5 in *Little Joe Wiesenfeld Co.* v. *United States* (10 Cust. Ct. 101, C. D. 731). In accordance therewith the claim at 15 percent under paragraph 1530 (f), as modified by T. D. 49753, was sustained.